UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. —

ERIC EUSEBIO,
  a/k/a "Goo,"
        Defendant.

**UNSEALING ORDER**

S3 22 Cr. 522 (GHW)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon application of the United States of America, by and through Assistant United States Attorneys Ashley C. Nicolas and Andrew W. Jones, it is hereby ORDERED that Superseding Indictment S3 22 Cr. 522 (GHW) in the above-captioned case, which was filed under seal on May 18, 2023, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       June 21, 2023

HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK