USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA
                                         :    22 Cr. 522-18 (GHW)

        -against-                        :    ORDER
                                         :
Eric Eusebio
                                         :
            Defendant
                                         :
----------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to permit

Pretrial Services to remove the defendant's GPS ankle monitor on

November 4, 2024, in advance of his surrender to the Bureau of

Prisons scheduled for that same date.

        Dated: New York, New York
               October 30, 2024


                            SO ORDERED:



                            _____
                            GREGORY H. WOODS
                            United States District Judge